473 A.2d 660

Commonwealth v. Watson, Appellant.

Petition for Allowance of Appeal
Denied July 20, 1984.

 Argued November 29, 1983. W. Terrence O'Brien, for appellant; Dara A. DeCourcey, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.